IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM C. PIERCE, ) | |
| ) | |
| Plaintiff, ) | 8:06CV0259 |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNKNOWN BAKER, et al., ) | |
| ) | |
| Defendants. ) | |

The court previously granted the plaintiff's motion for leave to proceed in forma pauperis ("IFP") while the plaintiff was a prisoner. However, the records of the Court indicate that the plaintiff is no longer incarcerated. The plaintiff has filed a request with the court to proceed IFP as a nonprisoner. After review of the record, I will grant filing no. 19 and the plaintiff is permitted to proceed IFP as a nonprisoner from this point forward in his case.

DATED this 6th day of June, 2006.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge