IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM C. PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV259 |
| | ) | |
| v. | ) | |
| | ) | |
| DR. BAKER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the withdrawal of Derek Vaughn (Filing No. 53). The Court notes other counsel has entered an appearance (Filing No. 54). Accordingly,

IT IS ORDERED that Derek Vaughn is permitted to withdraw as counsel for defendant Unknown Patton.

DATED this 4th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court