IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM C. PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV259 |
| | ) | |
| v. | ) | |
| | ) | |
| NATALIE BAKER, M.D., et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' suggestion of death upon the record (Filing No. 58) noting plaintiff's death on March 16, 2007.  The Court notes that no response has been made on plaintiff's behalf.  Accordingly,

IT IS ORDERED this action is dismissed without prejudice for failure to prosecute; all pending motions are denied as moot.

DATED this 9th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court